UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAL REP INDUSTRIES, INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC AEROSPACE & ELECTRONICS, INCL, dba ESTERLINE SOURIAU PA&E, a Washington corporation,<br><br>　　　　　　　　　Defendant. | NO: 2:14-CV-00129-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal With Prejudice, ECF No. 17. Having reviewed the file and pleadings therein, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 27th day of August, 2014.

                                     *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                   Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2